# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>     Plaintiff - Appellant,<br><br>v.<br><br>GOLDSMITH; et al.,<br><br>     Defendants - Appellees. | No.  05-15955<br>D.C. No. CV-02-00429-MCE<br><br><br>**ORDER** |

This appeal has been taken in good faith     [  ]

This appeal is not taken in good faith     [✓]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: __JUN 14 2005__